| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Fullam, John P | 2. Court or Organization<br><br>Eastern District of Pennsylvan | 3. Date of Report<br><br>5/15/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior District Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date    8/11/1966<br><br>○ Initial    ◉ Annual    ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>15614 U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106-1780 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom  - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS  -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Fullam, John P | 5/15/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

# FINANCIAL DISCLOSURE REPORT
## Page 1 of 1

| | |
|---|---|
| Name of Person Reporting<br>Fullam, John P | Date of Report<br>5/15/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month –<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  1st Federal S&L Association of Bucks County | C | Interest | K | T | | | | | |
| 2.  1st National Bank & Trust Co. of Newtown | C | Interest | K | T | | | | | |
| 3.  Verizon Comm. (formerly Bell Atlantic) | A | Dividend | J | T | | | | | |
| 4.  Duke Energy Corp. (formerly Florida Progress Corp.) | A | Dividend | J | T | | | | | |
| 5.  TVA Power (Bonds) | B | Interest | K | T | | | | | |
| 6.  Franklin PA tax-free fund | B | Interest | K | T | | | | | |
| 7.  VanKampen Merritt PA. Qualt Municipal Trust | A | Interest | J | T | | | | | |
| 8.  Evergreen CRT) | A | Interest | K | T | | | | | |
| 9.  Federal Home Loan Mortgage Notes | A | Interest | K | T | | | | | |
| 10.  Echelon International Corp. (Common) | A | Dividend | J | T | | | | | |
| 11.  Key Bank USA (CD) | A | Interest | J | T | | | | | |
| 12.  General Electric (Common) | A | Dividend | J | T | | | | | |
| 13.  H. J. Heinz (Common) | A | Dividend | J | T | | | | | |
| 14.  AIM Value Fund | A | Dividend | K | T | Sold | 5/9 | J | A | |
| 15.  ANZ Exchangeable Fund | A | Dividend | K | T | | | | | |
| 16.  ABN Amro Capital Fund Trust | A | Dividend | K | T | | | | | |
| 17.  Putnam George Fund | A | Dividend | K | T | Buy | 5/9 | K | | |
| 18.  Morgan Stanley Preferred Cap | A | None | J | T | Buy | 2/27 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes:<br>(See Columns B1 and D4) | A  = $1,000 or less<br>F  = $50,001-$100,000 | B  = $1,001-$2,500<br>G  = $100,001-$1,000,000 | C  = $2,501-$5,000<br>H1 = $1,000,001-$5,000,000 | D  = $5,001-$15,000<br>H2 = More than $5,000,000 | E  = $15,001-$50,000 | |
| 2. Value Codes:<br>(See Columns C1 and D3) | J  = $15,000 or less<br>N  = $250,000-$500,000<br>P3 = $25,000,001-$50,000,000 | K  = $15,001-$50,000<br>O  = $500,001-$1,000,000 | L  = $50,001-$100,000<br>P1 = $1,000,001-$5,000,000<br>P4 = $More than $50,000,000 | M  = $100,001-$250,000<br>P2 = $5,000,001-$25,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q  = Appraisal<br>U  = Book Value | R  = Cost (Real Estate Only)<br>V  = Other | S  = Assessment<br>W  = Estimated | T  = Cash/Market | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Fullam, John P | 5/15/2004 |

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date __May 13, 2004_____

NOTE: ANY ~~[REDACTED]~~ WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544